IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

ANTHIMOS GOGOS,                  )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No. 13 C 3779
                                 )
AMS-MECHANICAL SYSTEM, INC.,     )
                                 )
          Defendant.             )

                     MEMORANDUM ORDER

     This is the third time that this Court has tried to communicate to pro se plaintiff Anthimos Gogos ("Gogos") why he cannot pursue, in this federal court, his attempted claim that his ex-employer AMS-Mechanical System, Inc. had violated the Americans with Disabilities Act ("Act")--this Court's "Order I" was issued on June 5, 2013, and its "Order II" followed on July 11.  Now Gogos has transmitted still another filing, labeled "This Is In Response To Your Notification of Docket Entry From-Jyly-11- 2013, Received on July-18-2013" that was received in the Clerk's Office on July 23.

     Gogos is entirely right in stating, at ths outset of his new filing, "I am sure that there is 100% a confusion somewhere and that is why we can not understand each other."  But this Court simply does the best it can in conveying its messages through the English language, and it cannot be held responsible for Gogos' inability to get those messages.  As this Court said in Order I, it "should not be misunderstood as minimizing Gogos' health

concerns"--instead Gogos' problem is that he does not understand that those health concerns just do not fit the definition of "disability" so as to bring him within the protection of the Act.

With regret, then, this Court finds that Gogos' July 23 response does not change the previously-announced result. Gogos' proposed lawsuit under the Act remains dismissed for lack of subject matter jurisdiction.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date: July 25, 2013